Scott L. Poisson, Esq.
Nevada Bar No. 10188
Jamie H. Corcoran, Esq.
Nevada Bar No. 11790
**BERNSTEIN & POISSON**
320 S. Jones Blvd.
Las Vegas, Nevada 89107
Telephone: (702) 877-4878
Facsimile: (702) 256-6280
Email: jamie@vegashurt.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Hollye Bryant, individually;

         Plaintiff,

vs.

Albertson's, LLC.; and ABS NV-O LLC; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200

         Defendants.

CASENO.: **2:18-cv-00996-GMN-VCF**

### (PROPOSED) ORDER TO AMEND COMPLAINT

    The Court considering the matter herein and all pleadings and papers on file herein, and in good cause whereas:

///

///

///

Bernstein & Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 256-4566 FAX: (702) 256-6280

**THE COURT HEREBY ORDERS AS FOLLOWS:**

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend her complaint to substitute Simmons Centre, LLC. as an additional named Defendant for a Doe Defendant is Granted.

**IT IS SO ORDERED** this _____16th_____ day of _____October_____, 2018.

_____

UNITED STATES MAGISTRATE Judge
Cam Ferenbach

IT IS HEREBY ORDERED that Plaintiff must file the Amended Complaint on or before October 23, 2018.

Bernstein & Poisson
320 S. Jones Blvd.
Las Vegas, Nevada 89107
OFFICE: (702) 256-4566 FAX: (702) 256-6280