JASON G. REVZIN
Nevada Bar No. 008629
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for Simmons Centre, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| HOLLYE BRYANT, individually,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S. LLC, and ABS NV-O,LLC and SIMMONS CENTRE, LLC and DOES 1 through 100, and ROE CORPORATIONS, 101 through 200,<br><br>Defendants. | CASE NO. 2:18-cv-00996-GMN-VCF<br><br>**STIPULATION TO EXTEND DISCOVERY (Second Request)** |

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 26-1, Defendant Simmons Centre, LLC, Plaintiff Hollye Bryant, and Defendants Albertson's, LLC and ABS NV-O, LLC (collectively "the Parties"), by and through their respective attorneys, hereby stipulate to extend discovery deadlines and other deadlines set forth in the November 15, 2018 Scheduling Order (Document #23). These extensions are made necessary by the pendency of Defendant Albertson's Motion for Summary Judgment (Document # 12) and Plaintiff's Motion to Remand (Document # 24). The requested extensions are as follows:

1. **Initial Disclosures**

Closed

2. **Completed Discovery**

Written discovery has been exchanged by the original parties. Plaintiff's deposition was taken on September 4, 2018. Plaintiff served written discovery on Defendant Simmons Centre on

March 18, 2019.

### 3. **Remaining Discovery**

The parties plan to conduct remaining depositions and to retain experts, if warranted.

### 4. **Current Discovery Deadlines**

Discovery Cut-off: June 11, 2019

Amended Pleadings/Adding Parties: Closed

Initial Expert Disclosures: April 12, 2019

Rebuttal Expert Disclosures: May 13, 2019

Interim Status Report: April 12, 2019

Dispositive Motion deadline: July 11, 2019

Joint Proposed Pretrial Order: August 12, 2019

### 5. **Proposed Extended Discovery Deadlines**

Whereas, no prejudice will occur to this Court or the Parties if granted, good cause supports this request to extend discovery;

In consideration of the foregoing, and for good cause, it is stipulated by and among the parties as follows:

The **November 15, 2018 Scheduling Order** shall be amended as follows:

Discovery Cut-off: August 9, 2019

Amending Pleadings/Adding Parties: Closed

Initial Expert Disclosures: June 10, 2019

Interim Status Report: June 10, 2019

Rebuttal Expert Disclosures: July 10, 2019

Dispositive Motion deadline: September 10, 2019

Joint Proposed Pretrial Order: October 10, 2019

///

///

///

///

| | |
|---|---|
| Dated this 19th day of March 2019 | Dated this 19th day of March 2019 |
| BERNSTEIN & POISSON | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| BY    */s/ Jamie H. Corcoran* <br> Jamie H. Corcoran, Esq. <br> Nevada Bar No. 11790 <br> 320 South Jones Blvd. <br> Las Vegas, NV 89107 <br> *Attorneys for Plaintiffs* | BY    */s/ Jason G. Revzin* <br> Jason G. Revzin, Esq. <br> Nevada Bar No. 8629 <br> 6385 S. Rainbow Boulevard <br> Suite 600 <br> Las Vegas, Nevada 89118 <br> Tel. 702.893.3383 <br> *Attorneys for Simmons Centre, LLC* |

Dated this 19th day of March 2019

BACKUS CARRANZA & BURDEN

BY    */s/ Jack P. Burden*
Jack P. Burden
Nevada Bar No. 6918
3050 S. Durango Drive
Las Vegas, NV 89117
*Attorneys for Albertson's, LLC and ABS NV-O*

## ORDER

**IT IS SO ORDERED:**

**DATED:** 3-20-2019

_____
**UNITED STATES MAGISTRATE JUDGE**